6-22-15

82,827-01,02

MR. Abel Acosta,

Sir, I recieved notice from you about an application for Writ of habeas Corpus has been dismissed. It said Conviction not Final; Mandate not issued at time Application Filed in trial court, see Ex Parte Johnson, 12 S.W. 3d 472 (Tex. Crim. App. 2000).

Sir I have no Clue what this means. Can you please help me with what the Mandate is? Has it been Filed? Should I resubmit the Application to Kerr. Co. Court House or to the Court of Criminal Appeals? If that is what I Need to do? Will you please let me Know what the Next step is and How long do I have Thank you.

Jerry Paul Rose          God Bless
Dominguez Unit        Jerry Rose
# 01886625            Jerry Rose
6535 Cagnon Rd.
San Antonio, Tx. 78252

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

(Tr. Ct. No. B09410-1 ) (WR-82,827-01.)
(Tr. Ct. No. B09540-1 ) (WR-82,827-02)